| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>May Hai Cooper<br>250 N. First St., Unit 303<br>Burbank, CA 91502<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY<br><br>FILED<br>MAR - 5 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>May Hai Cooper<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-11811-NB<br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

    **OR**

    ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ___ and was converted to a case under chapter 13 on _____.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

    **OR**

    ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 3015-1.18.DEBTOR.MOTION.DISMISS

Filing Date: _____
Movant: _____
Personal or Real Property: _____
_____
_____

Status:  ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied
*(Please attach additional pages if needed.)*

3. ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   Pay Creditor Del Toro Loan Servicing
   -TRUSTEE SALE SCHEDULED FOR MARCH 13, 2018 AT 9:00 A.M. AND DEBTOR SEEKS TO HAVE MATTER DISMISSED BY MARCH 7, 2018 TO PAY CREDITOR BEFORE TRUSTEE SALE.
   _____
   _____

   *(Please attach additional pages if needed.)*

Date: _____
                                        _____
                                        Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 03/05/2018
                                        *[signature]*
                                        _____
                                        Debtor

Date: _____
                                        _____
                                        Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                         Page 2              F 3015-1.18.DEBTOR.MOTION.DISMISS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3540 Dahlia Ave., Los Angeles, CA 90026

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _03/05/2018_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Del Toro Loan Servicing
2300 Boswell Rd Suite #215
Chula Vista, CA 91914

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _03/05/2018_ | _Ashton Cooper_ | /s/ Ashton Cooper |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 3                      F 3015-1.18.DEBTOR.MOTION.DISMISS